**United States District Court**
**Northern District of California**



FILED
FEB 25 2014
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# CRIMINAL COVER SHEET

**Instructions:** Effective January 3, 2012, this Criminal Cover Sheet must be completed and submitted, along with the Defendant Information Form, for each new criminal case.

**Case Name:**
USA v. Ian Furminger, Edmond Robles, Reynaldo Vargas

**Case Number:** CR 14 0102 CRB

**Total Number of Defendants:**
1 ☐    2-7 ☑    8 or more ☐

**Is This Case Under Seal?**
Yes ☑    No ☐

**Does this case involve ONLY charges under 8 U.S.C. § 1325 and/or 1326?**
Yes ☐    No ☑

**Venue (Per Crim. L.R. 18-1):**
SF ☑    OAK ☐    SJ ☐    EUR ☐    MON ☐

**Is any defendant charged with a death-penalty-eligible crime?**
Yes ☐    No ☑

**Assigned AUSA (Lead Attorney):**
AUSA Rodney Villazor

**Is this a RICO Act gang case?**
Yes ☐    No ☑

**Date Submitted:**
February 25, 2014

**Comments:**

July 2013