1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
   DAVID R. CALLAWAY (CABN 121782)
3  Chief, Criminal Division

4  JOHN H. HEMANN (CABN 165823)
   Assistant United States Attorney
5
        450 Golden Gate Avenue, Box 36055
6       San Francisco, California 94102-3495
        Telephone: (415) 436-6774
7       FAX: (415) 436-7234
        john.hemann@usdoj.gov
8
   Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | ) CASE NO. CR 14-0102 CRB |
|---|---|
| Plaintiff, | ) |
| v. | ) GOVERNMENT'S MEMORANDUM REGARDING SENTENCING GUIDELINE CALCULATIONS |
| IAN FURMINGER AND EDMOND ROBLES, Defendants. | ) |

The government agrees with the Probation Office's Sentencing Guideline calculations. The government will file a response to the defendants' objections.

1