MARK GOLDROSEN, CSBN 101731
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94103
Telephone: (415) 565-9600
Facsimile: (415) 565-9601

Attorney for Defendant
IAN FURMINGER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| UNITED STATES OF AMERICA, | ) | NO. CR-14-0102-CRB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **STIPULATION RE SURRENDER DATE** |
| IAN FURMINGER, | ) | |
| Defendant. | ) | |

The parties in this case stipulate as follows:

1. Defendant Furminger's motion for bail pending appeal was denied by the Court of Appeals on April 15, 2015. His surrender date previously had been stayed automatically by the filing of his motion with the Court of Appeals.

2. The Court must reset Mr. Furminger's surrender date now that his bail motion has been denied.

3. Mr. Furminger should be permitted to surrender to serve his sentence on or before April 30, 2015 for the following reasons. The Bureau of Prisons designated Mr. Furminger to serve his sentence at a camp in Florence, Colorado. Brian Getz, Mr. Furminger's trial counsel,

intends to fly with Mr. Furminger to Denver, and then drive him to Florence, which is 108 miles away. Mr. Getz will pay for the costs himself. Mr. Getz believes that his accompanying Mr. Furminger to the camp will ensure that the surrender goes smoothly and also that surrendering Mr. Furminger directly to the camp will have a positive impact on his security level.

4. Mr. Getz will be on vacation from April 20 to April 27, 2015 and will not be able to take Mr. Furminger to Colorado until after he returns. He will purchase plane tickets today for a flight on April 29, 2015 in order to take advantage of the lesser fares for flights bought two weeks in advance. He then will deliver Mr. Furminger to Florence by 11:00 a.m. on April 30, 2015.

IT IS SO STIPULATED.

DATED: April 15, 2015

    /s/ Mark Goldrosen
MARK GOLDROSEN
Attorney for Defendant IAN FURMINGER

DATED: April 15, 2015

/s/ John Hemann
JOHN HEMANN
Assistant United States Attorney