MARK GOLDROSEN, CSBN 101731
Attorney at Law
255 Kansas Street, Suite 340
San Francisco, CA 94103
Telephone: (415) 565-9600
Facsimile: (415) 565-9601

Attorney for Defendant
IAN FURMINGER

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO VENUE

| UNITED STATES OF AMERICA, | ) | NO. CR-14-0102-CRB |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | **ORDER RE SURRENDER DATE** |
| IAN FURMINGER, | ) | |
| Defendant. | ) | |

Pursuant to the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that Defendant Ian Furminger is to surrender at the facility that has been designated by the Bureau of Prisons on or before April 30, 2015, at 11:00 a.m.

DATED: April 16, 2015

_____
HON. CHARLES R. BREYER
United States District Judge