IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　v.<br>IAN FURMINGER,<br>　　　　Defendant. | No. CR 14-102-CRB-001<br>**ORDER TO SHOW CAUSE** |

Ian Furminger has moved under 28 U.S.C. § 2255 to vacate, set aside, or correct his sentence. See MTV (dkt. 319). The government is hereby ORDERED to show cause why Furminger's motion should not be granted. The government is ORDERED to respond within 60 days from the entry of this Order. Furminger shall file a reply brief not later than 30 days after the government's response is due.

**IT IS SO ORDERED.**

Dated: May 3, 2017



CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE