IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>FURMINGER,<br>Defendant. | Case No. 14-cr-00102-CRB-1<br><br>**DENYING MOTION FOR CERTIFICATE OF APPEALABILITY** |

The Court construes petitioner Ian Furminger's notice of appeal as a motion for a certificate of appealability. That motion is **DENIED.**

**IT IS SO ORDERED.**

Dated: Jan. 23, 2018

CHARLES R. BREYER
United States District Judge